————o————

### No. 5759.

## L. FRANK & COMPANY vs. WESTERN UNION TELE- GRAPH COMPANY.

Appeal from the Civil District Court for the Parish of Orleans, Division "B," No. 98,436. Hon. F. D. King, Judge.

M. H. Manion, for plaintiff and appellee.

Howe, Fenner, Spencer & Cocke, for defendant and appellant.

## Per Curiam.

'Considering the joint motion of all parties in interest wherein it is set out that the controversy has been compromised and settled, and in accordance with the prayer of the motion;

It is ordered that the appeal taken herein be dismissed at the costs of the defendant.

Appeal dismissed.

Opinion and decree, March 10th, 1913.